UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF THE OPERATIVE PLASTERERS'
and CEMENT MASONS'  INTERNATIONAL
ASSOCIATION LOCAL 262 f/k/a 530 WELFARE
FUND, ANNUITY FUND, PENSION FUND
and APPRENTICESHIP TRAINING FUNDS and
OPERATIVE PLASTERERS' and CEMENT                    08-CV-0886
MASONS' INTERNATIONAL ASSOCIATION
LOCAL 262 f/k/a 530                                 **Rule 7.1 Statement**
                                  Plaintiffs,

            -against-

BESSER & SONS DRYWALL, INC.

                                  Defendant.
------------------------------------------------------------x
            Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule

1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for Besser & Sons Drywall, Inc. (a

private non-governmental party) certifies that the following are corporate parents,

affiliates and/or subsidiaries of said party, which are publicly held.


            None




**Date**: January 22, 2008                    S/Danielle M. Carney
                                              **Signature of Attorney**

                                              **Attorney Bar Code**: DMC 7471

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF THE OPERATIVE PLASTERERS'
and CEMENT MASONS' INTERNATIONAL
ASSOCIATION LOCAL 262 f/k/a 530 WELFARE
FUND, ANNUITY FUND, PENSION FUND                       08-CV-0886
and APPRENTICESHIP TRAINING FUNDS and
OPERATIVE PLASTERERS' and CEMENT
MASONS' INTERNATIONAL ASSOCIATION
LOCAL 262 f/k/a 530                                    **Fed. R. CIV 7.1**
                                    Plaintiffs,

              -against-

BESSER & SONS DRYWALL, INC.

                                    Defendant.
------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure New York and to
enable judges and magistrates of the court to evaluate possible disqualification or recusal,
the undersigned attorney of record for defendant certifies that the following are corporate
parents, subsidiaries, or affiliates of that party:


_____                    _____
          Date                                    Signature of Attorney