|  |  |
|---|---|
| COUNTY OF | INDEX NO: 08cv0886 |
| UNITED STATES DISTRICT COURT | FILED ON: |
|  | DISTRICT: Southern/New York |

*Trustees of the Operative Plasters' and Cement Masons' International Association Local 262 f/k/a 530 Welfare Fund, Annuity Fund, Pension Fund and Apprenticeship Training Funds and Operative Plasterers' and Cement Masons' International Association Local 262 f/k/a 530*

Plaintiff(s)

vs

*Besser & Sons Drywall, Inc.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

_____ Shayne Collen _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ February 26, 2008 _____, at _____ 9:53am _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons, Fed R CIV 7.1 and Complaint, on Besser & Sons Drywall, Inc.

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. Description of the person served: Approx. Age: 44 years   Approx. weight: 130 lbs   Approx. Ht.: 5'5"   Sex: female   Color of skin: white   Color of hair: brown   Other: _____

Sworn to before me on   February 27, 2008

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Shayne Collen

Invoice•Work Order # 0801442