|  |  |
|---|---|
| **COUNTY OF** | INDEX NO: 08CV0886 |
| UNITED STATES DISTRICT COURT | FILED ON: |
|  | DISTRICT: Southern/New York |

Trustees of the Operative Plasterers' and Cement Masons' International Association Local 262 f/k/a 530 Welfare Fund, Annuity Fund, Pension Fund, and Apprenticeship Training Funds and Operative Plasterers' and Cement Masons' International Association Local 262 f/k/a 530

Plaintiff(s)

vs

Besser & Sons Drywall, Inc.

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

__Shayne Collen__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __April 10, 2008__, at __8:10 am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed __Summons, Fed R. CIV 7.1 and Amended Complaint__, on __Besser & Sons Drywall, Inc.__, Defendant in this action, by delivering to and leaving with __Donna Christie__, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __306 Business Corporation Law__.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __44 years__  Approx. weight: __130 lbs__  Approx. Ht.: __5'5"__
Sex: __female__  Color of skin: __white__  Color of hair: __brown__  Other: _____

Sworn to before me on __April 17, 2008__

*(signature)*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*(signature)*
Shayne Collen

Invoice-Work Order # 0802883