UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE OPERATIVE PLASTERERS' )
and CEMENT MASONS' INTERNATIONAL )
ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY )
FUND, WELFARE FUND, APPRENTICESHIP )
TRAINING FUND and PENSION FUND and )
OPERATIVE PLASTERERS' and CEMENT )
MASONS' INTERNATIONAL ASSOCIATION )
LOCAL 262 f/k/a LOCAL 530 )
) 08-CV-0886 (Sullivan)
)
Plaintiffs, )
) **ORDER TO SHOW CAUSE**
) **FOR DEFAULT JUDGMENT**
-against- )
)
)
BESSER & SONS DRYWALL, INC. )
)
Defendant. )

SULLIVAN, D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference be held in room_____ on the _____ day of _____, 2008 at _____ o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant, BESSER & SONS DRYWALL, INC., on or before the _____ day of _____, 2008.

Respondent is advised that if there is no response, a default judgment will be entered and the Respondent will not be entitled to a trial.

SO ORDERED

Dated:_____

_____
HON. RICHARD J. SULLIVAN, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY FUND, WELFARE FUND, APPRENTICESHIP TRAINING FUND and PENSION FUND and OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a LOCAL 530<br><br>Plaintiffs,<br><br>-against-<br><br>BESSER & SONS DRYWALL, INC.<br><br>Defendant. | 08-CV-0886 (Sullivan)<br><br>**CLERK'S CERTIFICATE** |

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate the Defendant, BESSER & SONS DRYWALL, INC., was served with a copy of the Summons and Complaint on February 26, 2008 with an Affidavit of Service filed on March 17, 2008 and the Defendant was served with a copy of the Amended Complaint on April 10, 2008 with an Affidavit of Service filed with the Court on May 12, 2008.

I, further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.

The Default of the Defendant is hereby noted.

By:_____
J. Michael McMahon

DATED: _____