UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE OPERATIVE PLASTERERS' )
and CEMENT MASONS' INTERNATIONAL )
ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY )
FUND, WELFARE FUND, APPRENTICESHIP )
TRAINING FUND and PENSION FUND and )
OPERATIVE PLASTERERS' and CEMENT )
MASONS' INTERNATIONAL ASSOCIATION )
LOCAL 262 f/k/a LOCAL 530 )
) 08-CV-0886 (Sullivan)
)
            Plaintiffs, ) **STATEMENT OF DAMAGES**
)
   -against- )
)
)
BESSER & SONS DRYWALL, INC. )
)
            Defendant. )

Principal Amount Due ..................................................................$7685.70

Dues ..............................................................................................840.63

Interest calculated at (7.25%) ......................................................557.21

Liquidated damages calculated at 20% of benefit contributions ...........1537.14

Total .............................................................................................$10,620.68

Attorneys' Fees ..............................................................................$1880.00

Audit Fees ......................................................................................560.00

Filing Fees .....................................................................................350.00

Process Server Fee .........................................................................75.00

Total: ..............................................................................................$2865.00

GRAND TOTAL ..........................................................................$13,485.68

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE OPERATIVE PLASTERERS' )
and CEMENT MASONS' INTERNATIONAL )
ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY )
FUND, WELFARE FUND, APPRENTICESHIP )
TRAINING FUND and PENSION FUND and )
OPERATIVE PLASTERERS' and CEMENT )
MASONS' INTERNATIONAL ASSOCIATION )
LOCAL 262 f/k/a LOCAL 530 )
) 08-CV-0886 (Sullivan)
)
           Plaintiffs, )
) **DEFAULT JUDGMENT**
   -against- )
)
)
BESSER & SONS DRYWALL, INC. )
)
           Defendant. )

------------------------------------------------------------x

     This action was commenced on January 24, 2008, by the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on the defendant, Besser & Sons Drywall, Inc., on February 26, 2008, with proof of service having been filed on March 17, 2008. An amended Complaint was filed with the Court on March 24, 2008 and a copy of the amended Complaint was served on the Defendant on April 10, 2008 with proof of service having been filed with the Court on May 12, 2008. The defendant not having appeared answered or otherwise moved with respect to the Complaint or the Amended Complaint, and the time for appearing, answering or otherwise moving having expired the request, it is,

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $13,485.68 which includes the benefit fund contributions in the principal amount of $7,685.70, liquidated damages calculated at 20% of the principal amounting to $1,537.14, interest calculated at 7.25% amounting to

$557.21, dues in the amount of $840.63, reasonable attorney fees in the amount of $1,880.00 plus costs and disbursements of this action amounting to $425.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:

So Ordered:

_____
Honorable Richard J. Sullivan, U.S.D.J.

This document was entered on the docket on

_____

Judgment Entered:

_____
Clerk

By:_____
      Deputy Clerk