UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TRUSTEES OF THE OPERATIVE PLASTERERS' )
and CEMENT MASONS' INTERNATIONAL )
ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY )
FUND, WELFARE FUND, APPRENTICESHIP )
TRAINING FUND and PENSION FUND and )
OPERATIVE PLASTERERS' and CEMENT )
MASONS' INTERNATIONAL ASSOCIATION )
LOCAL 262 f/k/a LOCAL 530 )
) 08-CV-0886 (Sullivan)
)
                    Plaintiffs,    )   **STATEMENT OF DAMAGES**
)
    -against-          )
)
)
BESSER & SONS DRYWALL, INC.       )
)
                    Defendant.     )
_____

Principal Amount Due ..................................................................$7685.70

Dues ............................................................................................840.63

Interest calculated at (7.25%) ......................................................557.21

Liquidated damages calculated at 20% of benefit contributions ...........1537.14

**Total** .......................................................................................$10,620.68

Attorneys' Fees .........................................................................$1880.00

Audit Fees .................................................................................560.00

Filing Fees .................................................................................350.00

Process Server Fee ......................................................................75.00

**Total:** ....................................................................................$2865.00

**GRAND TOTAL** ...................................................................$13,485.68