USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE OPERATIVE PLASTERERS' )
and CEMENT MASONS' INTERNATIONAL )
ASSOCIATION, LOCAL 262 f/k/a 530 ANNUITY )
FUND, WELFARE FUND, APPRENTICESHIP )
TRAINING FUND and PENSION FUND and )
OPERATIVE PLASTERERS' and CEMENT )
MASONS' INTERNATIONAL ASSOCIATION )
LOCAL 262 f/k/a LOCAL 530 )
                                          ) 08-CV-0886 (Sullivan)
                                          )
                       Plaintiffs,   )
                                            ) **ORDER TO SHOW CAUSE**
                                            ) **FOR DEFAULT JUDGMENT**
     -against-                              )
                                            )
                                            )
BESSER & SONS DRYWALL, INC.           )
                                            )
                       Defendant.   )

SULLIVAN, D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference be held in Court room 21C on the 13th day of June, 2008 at 11 AM o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant, BESSER & SONS DRYWALL, INC., on or before the 28th day of May, 2008.

Defendant shall respond to this order to show cause on or before June 9, 2008 at 5pm.

Respondent is advised that if there is no response, a default judgment will be entered and the Respondent will not be entitled to a trial.

SO ORDERED

Dated: 5/20/08

_____
HON. RICHARD J. SULLIVAN, U.S.D.J.