# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

Roy Barnes*
Riccardo Iaccarino
Charles R. Virginia**
Lloyd R. Ambinder
Wendell V. Shepherd

Of Counsel:

Marc A. Tenenbaum****
Albert Rodrigues
Giacchino Russo

Karin Arrospide
Danielle M. Carney
Michael J. Desantis
Dana Henke^
Devin Karas++
Steven Kern^^
Samer E. Khalaf**+
Ladonna M. Lusher
Heidi Maher
Gillian Mcgoey^^
James E. Murphy
Emily Roscia
Kellie T. Walker
Judy S. Wong

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

65 Route 34
Suite 204A
Colts Neck, New Jersey 07722
Tel: (732) 837-2797
Fax: (732) 431-4167

* Also Admitted in PA
** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD

**MEMO ENDORSED**

**VIA UPS & ECF**

May 22, 2008

Honorable Richard J. Sullivan
U.S. District Court
Southern District of New York
500 Pearl Street, Courtroom 21C
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

Re:   Trustees of the Operative Plasterers and Cement Masons International Association, Local 262, et. al. v. Besser & Sons Drywall, Inc.
      08-CV-0886 (Sullivan)

Dear Judge Sullivan:

Our offices represent the Plaintiff with regard to the above reference matter.

A conference has been scheduled for May 27, 2008 at 4:45 p.m.

The parties are respectfully requesting a 30 day adjournment of this conference to allow the parties' time to prepare and execute a settlement agreement. This is the party's first request for an adjournment.

The Defendant is pro se.

Thank you for your assistance.

Sincerely,

Danielle M. Carney, Esq.

DMC:jp

cc:   Ron Besser

*Handwritten endorsement:* The May 27, 2008 Conference is adjourned. The parties shall appear on June 13, 2008 at 11:00am to address settlement and/or the proposed default judgment.

SO ORDERED
Dated: 5/23/08
RICHARD J. SULLIVAN
U.S.D.J.