UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

TRUSTEES OF THE OPERATIVE PLASTERERS'
and CEMENT MASONS' INTERNATIONAL
ASSOCIATION LOCAL 262 f/k/a 530 WELFARE
FUND, ANNUITY FUND, PENSION FUND
and APPRENTICESHIP TRAINING FUNDS and
OPERATIVE PLASTERERS' and CEMENT
MASONS' INTERNATIONAL ASSOCIATION
LOCAL 262 f/k/a 530

                  Plaintiffs,

-against-

BESSER & SONS DRYWALL, INC.

                  Defendant.
-------------------------------------------------------------------x

Docket No. 08-CV-0886
(Sullivan)

**VOLUNTARY NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: June 12, 2008
       Hempstead, New York

By: _____
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Danielle M. Carney, Esq. (DMC7471)
Attorney for Plaintiff
3 Surrey Lane, Suite 200
Hempstead, NY 11550
(516) 483-2990