Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

-----------------------------------------------------------x

TRUSTEES OF THE OPERATIVE PLASTERERS'
and CEMENT MASONS' INTERNATIONAL
ASSOCIATION LOCAL 262 f/k/a 530 WELFARE
FUND, ANNUITY FUND, PENSION FUND
and APPRENTICESHIP TRAINING FUNDS and
OPERATIVE PLASTERERS' and CEMENT
MASONS' INTERNATIONAL ASSOCIATION
LOCAL 262 f/k/a 530

                        Plaintiffs,

    -against-

BESSER & SONS DRYWALL, INC.

                        Defendant.
-----------------------------------------------------------x

Docket No. 08-CV-0886
(Sullivan)

**VOLUNTARY NOTICE
OF DISMISSAL**

    PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: June 12, 2008
       Hempstead, New York

                                          By: _____
                                          BARNES, IACCARINO, VIRGINIA,
                                          AMBINDER & SHEPHERD, PLLC
                                          Danielle M. Carney, Esq. (DMC7471)
                                          Attorney for Plaintiff
                                          3 Surrey Lane, Suite 200
                                          Hempstead, NY 11550
                                          (516) 483-2990

SO ORDERED
Dated: 6/13/08
        RICHARD J. SULLIVAN
        U.S.D.J.